PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**
SEP -6 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
_____ DIVISION

**JOSE B. ROCHA SID# 522451**
Plaintiff's Name and ID Number

**BEXAR CO. JAIL 200 N. COMAL**
**SAN ANTONIO, TX. 78207**
Place of Confinement

CASE NO. **SA22CA0970 JK**
(Clerk will assign the number)

v.

**227 COURT JUDGE AND FORMER HEAD/ CHIEF DISTRICT ATTNY.: MR. RON RANGEL (AND 227 COURT JUDGE) 227 COURT, 300 DOLOROSA, SAN ANTONIO, TX. 78205**
Defendant's Name and Address

**A.D.A.: LORINA RUMMEL, 101 W. NUEVA, 4TH FLR. SAN ANTONIO, TX. 7820_**
Defendant's Name and Address

**ATTNY. DAVID CUELLAR, 1615 BROADWAY, SAN ANTONIO, TX. 78215 OR P.O. BOX 12954, SAN ANTONIO, TX. 78212**
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _N/A_
   2. Parties to previous lawsuit:
      Plaintiff(s) _N/A_
      Defendant(s) _N/A_
   3. Court: (If federal, name the district; if state, name the county.) _N/A_
   4. Cause number: _N/A_
   5. Name of judge to whom case was assigned: _N/A_
   6. Disposition: (Was the case dismissed, appealed, still pending?) _N/A_
   7. Approximate date of disposition: _N/A_

(2)

II. PLACE OF PRESENT CONFINEMENT: BEXAR COUNTY JAIL - SAN ANTONIO, TX 7820?

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: JOSE BERNABE ROCHA 200 N. COMAL SAN ANTONIO, TX. 78207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.
Defendant #1: 227 COURT JUDGE RON RANGEL (FORMER ~~DISTRICT ATTORNEY~~)
~~227 COURT 300 DOLOROSA ST. SAN ANTONIO, TX. 78205~~
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FORMER HEAD D.A OVER 227 COURT, REFUSES TO GIVE ME MY DISCOVERY. AND IS NOW 227 COURT JUDGE PRECIDING MY CASE.

Defendant #2: LORINA RUMMELS - ~~A.D.A FOR 227TH~~ ~~COURT~~, D.A. OFFICE 101 W. NUEVA, 4TH FR. SAN ANTONIO, TX 78205
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
A.D.A. ASSIGNED TO MY CASE - REFUSES TO GIVE COPY OF DISCOVERY

Defendant #3: DAVID CUELLAR 1615 BROADWAY, SAN ANTONIO, TX. 78215 / P.O. BOX 12954, SAN ANTONIO, TX. 78212
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
~~COURT APPOINTED ATTORNEY~~ FOR MY CASE REFUSES TO GIVE DISCOVERY.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

(3)

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. SINCE AUGUST 2015, THE 227 COURT HAS REPEATEDLY BEEN NOTIFIED BY HEAD DISTRICT ATTORNEY AND A.DA'S ASSIGNED AND Mr. RON RANGEL, My JUDGE, THAT THEY HAD ALL EVIDENCE COMPLETE AND READY TO PROSECUTE AND PROCEED WITH/TO TRIAL AGAINST ME. I'VE FILED MANY MOTIONS SINCE THEN TO RECIEVE A COPY OF My DISCOVERY PACAGE SINCE THEN, FROM 2015-2022, TO PROPERLY PREPARE FOR TRIAL AND WAS REPEATEDLY DENIED COPIES! I ASKED My COURT APTD. ATTORNEY MR. DAVID CUELLAR TO ALSO COMPLETELY FURNISH ME WITH A TRUE AND CORRECT COPY OF My DISCOVERY DURING A MEETING WITH ASSIGNED A.D.A. ▓▓▓▓ IN AUG 2021. I WAS REFUSED A COPY OF My DISCOVERY (IN AUG. 2021) AND THE 227 JUDGE, ▓▓▓▓ AND ATTORNEY ▓▓▓▓ REFUSE TO

VI. RELIEF: GIVE ME A COPY OF My DISCOVERY PACKAGE SINCE 7/2015

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I WANT A FEDERAL JUDGE TO ORDER THE BEXAR CO. DA OFFICE AND ASSIGNED ATTORNEY DAVID CUELLAR TO FURNISH ME WITH A TRUE COPY OF My DISCOVERY PACKAGE TO GIVE A TRUE COPY OF My DISCOVERY PACAGE TO PROPERLY PREPARE FOR TRIAL - THE TRUE COPY AND NOT A DOCTORED FAKE!

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

NA

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

669649, 716782

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NA
2. Case number: NA
3. Approximate date sanctions were imposed: NA
4. Have the sanctions been lifted or otherwise satisfied?  NA  ___YES ___NO

(4)

C.  Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES  ✗NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __NA__
   2. Case number: __NA__
   3. Approximate date warning was issued: __NA__

Executed on: __AUG 29, 2022__
                    DATE

__Jose B. Rocha__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __29__ day of __AUGUST__, 20__22__.
        (Day)              (month)            (year)

__Jose B. Rocha__
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

UNSWORN DECLARATION BY INMATE

I, JOSE.B.ROCHA, SID S22451

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the 29 day of AUG., 2022

_Jose B. Rocha_
Defendant