UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE B. ROCHA, #522451,<br><br>        Plaintiff,<br><br>v.<br><br>BEXAR COUNTY DISTRICT JUDGE RON RANGEL; ASSISTANT DISTRICT ATTORNEY LORINA RUMMEL; and DAVID CUELLAR, Court Appointed Attorney,<br><br>        Defendants. | §<br>§<br>§<br>§   SA-22-CV-970-JKP<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Jose B. Rocha's Amended Civil Rights Complaint pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Plaintiff Rocha's Amended Civil Rights Complaint (ECF No. 6) against Defendants, Judge Ron Rangel, Assistant District Attorney Lorina Rummel and David Cuellar, is **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 28th day of November, 2022.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE